IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAWRENCE CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV 22-068-RAW |
| | ) |
| UNNAMED PRISON GUARD/ | ) |
| VAN DRIVER, | ) |
| | ) |
| Defendant. | ) |

**OPINION AND ORDER**

On February 28, 2022, Plaintiff Lawrence Clark, a pro se prisoner who is incarcerated at El Reno Federal Correctional Institution in El Reno, Oklahoma, filed this civil rights complaint pursuant to 42 U.S.C. 1983 (Dkt. 1). He alleges that on April 1, 2021, he was being transferred from Cimarron Correctional Facility in Cushing, Oklahoma, to his current facility. While traveling, the van driver had an accident, causing Plaintiff to suffer whiplash. Plaintiff claims he has not received medical treatment for his injury.

Plaintiff presently is incarcerated in the Western District of Oklahoma, and the complaint asserts the defendant is located at Cushing, Oklahoma, which also lies within the territorial jurisdiction of the Western District.

A civil action may be brought in--

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; [or]

(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, . . . .

28 U.S.C. § 1391(b)(1)-(2).

After careful review, the Court finds proper venue does not lie in this district, and the case should be transferred to the Western District of Oklahoma.

**ACCORDINGLY,** this action is **TRANSFERRED** in the interest of justice to the United States District Court for the Western District of Oklahoma. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED** this 28th day of February, 2022.

*/s/ Ronald A. White*
_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA